# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| EDWARD DUNMORE, ADC # 143129 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:12-cv-00059-SWW-JJV |
| RICHARD L. GUY, Supervisor, | * | |
| Benton Work Release Center; *et al.* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 31st day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE